**No. 49779.**—Protests 40865–K, etc., of Suey Chong Co. et al. (San Francisco).

Opinion by Cole, J.   The ve-tsin in question was classified and claimed duti-able at the same rates and under the same paragraphs as similar merchandise covered by the decision in Quong Yuen Shing Co. v. United States (31 C. C. P. A. 43, C. A. D. 247).   In accordance with stipulation of counsel and on the authority of said cited case the ve-tsin, found to contain salt, was excluded from paragraph 5 and protests sustained to this extent.   The court found the claim as to the fish in lard with beans to be well founded and the protests were sustained as to this item.

Before the Third Division, October 25, 1944

**No. 49780.**—Protest 105110–K of A. O. Schoonmaker Insulation Co., Inc.   (New York).

Opinion by Cline, J.   Several witnesses testified in behalf of the plaintiff, from which it appeared that 12 of the cases were marked "Mined in Brazil" "Split in Japan."   One of the 12 cases introduced into evidence was so marked, the latter phrase appearing below the former on each side and on the bottom.   The attorney for the Government stated that the customs inspector who examined the cases could not testify because he was in the armed forces.   His report was offered in evidence and objection thereto sustained.   On the record presented 12 of the cases were found by the court to have been legally marked as claimed.   This court was of the opinion that the report in question was not admissible under the ordinary rules of evidence and stated that no special rule was called to its attention.

It was found that the report did not appear to be of the type passed upon in Sylvania Industrial Corp. v. United States (22 C. C. P. A. 230, T. D. 47144). McCallum Legaz Fish Co. v. United States (T. D. 48853) cited.

October 24, 1944

**No. 49781.**— ▮▮▮▮▮▮—Protest 996076–G of Beiersdorf & Co., Inc. ▮▮▮▮▮ Government's application for rehearing granted.

October 25, 1944

**No. 49782.**— ▮▮▮▮▮—Protest 87688–K of Butler Bros.   C. D. 877.   Plaintiff's application for rehearing denied.